

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Creek and Timber Legacy,

\* From the 32nd District Court
of Mitchell County,
Trial Court No. 18007.

Vs. No. 11-25-00197-CV

\* October 16, 2025

Byron Byrne and Brandy Byrne,

\* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Creek and Timber Legacy's motion to dismiss this appeal and concludes that the motion should be granted.   Therefore, in accordance with this court's opinion, the appeal is dismissed.   The costs incurred by reason of this appeal are taxed against Creek and Timber Legacy.